UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRIAN SULLIVAN and DONALD HUSTON

    v.                                          3:13CV621   (SRU)

JEFFRY COSSETTE, TIMOTHY TOPULOS,
MARK WALERWYSIAK, MICHAEL
ZAKRZEWSKI, GLEN MILSLAGLE,
MICHAEL SIEGLER, JOHN WILLIAMS,
CAROLINE BEITMAN and EVAN COSSETTE

### **J U D G M E N T**

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion to dismiss.

The Court reviewed all of the papers filed in conjunction with the motion and after a hearing held on January 24, 2014, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of January 2014.

                                          ROBIN D. TABORA, Clerk

                                          By /s/ Barbara Sbalbi
                                                Deputy Clerk

Entered on Docket _____